IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GEORGE ZUNIGA, #34481-177                                          PETITIONER

VS.                                       CIVIL ACTION NO. 3:20-cv-489-CWR-FKB

STEVEN RIESNOR, WARDEN                                            RESPONDENT

## REPORT AND RECOMMENDATION

Before the Court is a petition for habeas corpus relief brought by federal prisoner George Zuniga. *See* 28 U.S.C. § 2241. Petitioner was incarcerated at the Yazoo City Federal Correctional Complex at the time he initially filed the action. [1] at 2. In his petition and amended petition, Zuniga challenges the order in which he is serving his sentences. [1] at 2, [5] at 5. Respondent asserts, *inter alia*, that Zuniga failed to exhaust his administrative remedies before filing his petition. [15] at 3-6. Having considered the filings, the undersigned recommends that the petition and amended petition be dismissed as moot.

A case becomes moot if it no longer presents a case or controversy. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (quoting *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477-478 (1990)). Since Zuniga filed this petition, he has been released from the custody of the Bureau of Prisons. According to the web site of the Bureau of Prisons, Zuniga was released from custody on April 19, 2022. *See* Bureau of Prisons, https//www.bop.gov/inmateloc/ (last visited Sept. 19, 2022).

For this reason, the undersigned recommends that the petition and amended petition be dismissed. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation

within fourteen (14) days after being served with a copy[1] shall bar that party, except upon

grounds of plain error, from attacking on appeal the proposed factual findings and legal

conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v.*

*United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

     Respectfully submitted, this the 19th day of September, 2022.


     /s/ F. Keith Ball                  .

     UNITED STATES MAGISTRATE JUDGE

---

[1] Where a document is served by mail, the party is considered to have been served on the date the document is mailed by the Court. *See* Fed. R. Civ. P. 5(b)(2)(C).